IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

JACK C. BREEDLOVE

Case No. 2:18mj76
Court Date: February 16, 2018

FILED
FEB - 6 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### CRIMINAL INFORMATION

(Misdemeanor)- Violation Notice No. 7341779

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 5, 2018, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JACK C. BREEDLOVE, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

    (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-266.)

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_/s/ James T. Cole_
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

6 February 2018
Date